UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA


**CIVIL MINUTES – GENERAL**


Case No.   2:15-cv-06167-MWC-RAO                    Date: June 8, 2026

Title      Keyword Rockstar, Inc. *et al* v. JWS Publishing, Inc. *et al*


Present: The Honorable:     Michelle Williams Court, United States District Judge


|                    T. Jackson                    |           Not Reported            |
| :----------------------------------------------: | :-------------------------------: |
|                   Deputy Clerk                   |     Court Reporter / Recorder     |

|  Attorneys Present for Plaintiffs:  |  Attorneys Present for Defendants:  |
| :---------------------------------: | :---------------------------------: |
|                 N/A                 |                 N/A                 |


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE MOTION FOR DEFAULT JUDGMENT.**


On May 7, 2026, Plaintiffs filed a motion for default judgment asserting all defendants in this matter are in default. *See* Dkt. # 175. However, the First Amended Complaint ("FAC") contains allegations pertaining to, and asserting four causes of action against, Mobile Training University, Inc., which was dismissed before the Court granted leave to amend the FAC. *See* Dkt. # 75 (FAC) ¶¶ 6, 56–67, 78–89; *see* Dkts. # 55, 70. "[W]here a complaint alleges that defendants are jointly liable and one of them defaults, judgment should not be entered against the defaulting defendant until the matter has been adjudicated with regard to all defendants." *In re First T.D. & Inv., Inc.*, 253 F.3d 520, 532 (9th Cir. 2001)) (citing *Frow v. De La Vega*, 82 U.S. 552 (1872)). Default has not been entered as to Mobile Training University. *See* Dkt.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE**, no later than close of business on **June 10, 2026**, why their motion for default judgment should not be denied because this matter has not been adjudicated with regard to all defendants. Plaintiffs may respond to the Order to Show Cause by filing a written response, Rule 41(a) dismissal, request for default judgment, or other appropriate filing, by the date and time stated above.


**IT IS SO ORDERED.**


|                            |     :     |
| -------------------------- | --------- |
| **Initials of Preparer**   | TJ        |